IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:18-cr-00151 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| | ) |
| BRENDA MONTGOMERY | ) |
| BEAU JONES | ) |
| GREG LAWSON | ) |
| JOSH WILEY | ) |
| SARAH DACUS | ) |

**ORDER**

Pending before the Court is the Government's Motion for Dismissal Without Prejudice Pursuant to Fed. R. Crim. P. 48 (Doc. No. 116). Through the Motion, the Government requests the Court dismiss the Indictment in this case without prejudice.

The Motion is **GRANTED.** Accordingly, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the Indictment in this case is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE